1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  RICHARD DALEMAN

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   NO. 1:11-CR-00385 AWI
                                   )
12            Plaintiff,           )   STIPULATION TO CONTINUE STATUS
                                   )   CONFERENCE HEARING;
13     v.                          )   ORDER THEREON
                                   )
14 RICHARD DALEMAN,                )   Date:  January 30, 2012
                                   )   Time:  9:00 A.M.
15            Defendant.           )   Judge: Hon. Anthony W. Ishii
                                   )
16 _____  )

17

18     **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19 respective attorneys of record herein, that the status conference hearing in the above captioned matter now

20 scheduled for December 19, 2011, **may be continued to January 30, 2012 at 9:00 a.m.**

21     This continuance is requested by counsel for the defendant to allow additional time for further case

22 preparation, defense  investigation and plea negotiations prior to hearing.  The requested continuance will

23 conserve time and resources for both counsel and the court.

24 ///

25 ///

26 ///

27 ///

28 ///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                                          BENJAMIN B. WAGNER
                                                          United States Attorney

DATED: December 14, 2011                  By  /s/ Kathleen A. Servatius
                                                          KATHLEEN A. SERVATIUS
                                                          Assistant United States Attorney
                                                          Attorney for Plaintiff

                                                          DANIEL J. BRODERICK
                                                          Federal Defender

DATED: December 14, 2011                  By  /s/ Marc Days
                                                          MARC DAYS
                                                          Assistant Federal Defender
                                                          Attorney for Defendant
                                                          RICHARD DALEMAN

**ORDER**

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   December 16, 2011

                                                        CHIEF UNITED STATES DISTRICT JUDGE