DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RICHARD DALEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD DALEMAN, <br><br> Defendant. | NO. 1:11-cr-00385 AWI-DLB <br><br> STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING; ORDER <br><br> Date:  July 9, 2012 <br> Time:  1:00 PM <br> Judge: Hon.  Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing now set for May 29, 2012, **may be continued to July 9, 2012, at 1:00 P.M.**, and that a new motions schedule be set as follows:

| Event: | Present Date: | Requested New Date: |
|---|---|---|
| Motions Due | April 23, 2012 | June 11, 2012 |
| Responses Due | May 14, 2012 | June 25, 2012 |
| Hearing | May 29, 2012 - 1:00 P.M. | July 9, 2012 - 1:00 P.M. |

The parties have been engaged in serious settlement negotiations.  Since the last hearing there has been a counter offer and counter to the counter offer.  The parties have made significant progress in plea negotiations and, in the event the case does not resolve, may be able to resolve the discovery issues that

/ / /

/ / /

1  would be the subject of a motion.

2  The continuance is requested by counsel for the defendant to allow counsel an opportunity to
3  review with the defendant the government's most recent offer and allow additional time to resolve the
4  parties discovery dispute or file an appropriate motion if necessary.  The requested continuance will
5  conserve time and resources for both counsel and the court.  AUSA  Kathleen Servatius has no objection
6  to the requested continuance.  The parties agree that the delay resulting from the continuance shall be
7  excluded in the interests of justice, including but not limited to, the need for the period of time set forth
8  herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B), and that the interest
9  of justice outweighs the interests of the public and the defendant in a speedy trial

BENJAMIN B. WAGNER
United States Attorney

DATED:  May 22, 2012                          By:   /s/  Kathleen A. Servatius
                                              KATHLEEN A. SERVATIUS
                                              Assistant United States Attorney
                                              Attorney for Plaintiff


                                              DANIEL J. BRODERICK
                                              Federal Public Defender

DATED:  May 22, 2012                          By:   /s/  Marc Days
                                              MARC DAYS
                                              Assistant Federal Defender
                                              Attorneys for Defendant
                                              Richard Daleman

## O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **May 23, 2012**              **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

2