1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defenders
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  RICHARD DALEMAN

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       ) | NO. 1:11-cr-00385 AWI-BAM
   |                                 ) |
12 |         Plaintiff,              ) | STIPULATION TO CONTINUE MOTIONS
   |                                 ) | SCHEDULE AND HEARING;  ORDER
13 |    v.                           ) |
   |                                 ) | Date:  February 19, 2013
14 | RICHARD DALEMAN,                ) | Time:  1:30 PM
   |                                 ) | Judge: Hon. Anthony W. Ishii
15 |         Defendant.              ) |
   |                                 ) |
16 |_____) |

17

18      **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

19 attorneys of record herein, that the motions hearing now set for January 7, 2013, **may be continued to**

20 **February 19, 2013, at 1:00 P.M.**, and that a new motions schedule be set as follows:

21      **Event:**              **Present Date:**              **Requested New Date:**

22      Motions Due             December 3, 2012               January 14, 2013
        Responses Due           December 19, 2012              January 30, 2013
23      Hearing                 January 7, 2013 - 1:30 P.M.    February 19, 2013 - 1:30 P.M.

24      The continuance is requested by counsel for the defendant to allow counsel an opportunity to

25 conduct defense investigation and review related records to adequately evaluate and prepare necessary

26 motions.  The requested continuance will conserve time and resources for both counsel and the court.

27 AUSA  Kathleen Servatius has no objection to the requested continuance.

28 ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B), and that the interest of justice outweighs the interests of the public and the defendant in a speedy trial

                BENJAMIN B. WAGNER
                United States Attorney

DATED: December 26, 2012      By: /s/ Kathleen A. Servatius
                KATHLEEN A. SERVATIUS
                Assistant United States Attorney
                Attorney for Plaintiff

                DANIEL J. BRODERICK
                Federal Public Defender

DATED: December 26, 2012      By: /s/ Marc Days
                MARC DAYS
                Assistant Federal Defender
                Attorneys for Defendant
                Richard Daleman

## O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: December 28, 2012                              
                              UNITED STATES DISTRICT JUDGE