BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:11-cr-00385 AWI-BAM |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE MOTIONS |
| v. ) | HEARING AND TO EXTEND TIME FOR |
| ) | FILING OF GOVERNMENT'S RESPONSE |
| ) | TO DEFENDANT'S MOTIONS |
| ) | |
| RICHARD DALEMAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendant, by and through counsel, Marc Days, hereby stipulate and agree to extend time for the government to respond to the defendant's motions in this case to be filed on or before February 27, 2013, and to continue the motions hearing currently scheduled for March 4, 2013 at 1:30 p.m. to March 18, 2013.

The reason for this motion is that Ms. Servatius has been away from the office dealing with personal matters and needs more time to properly respond to the defendant's motions. Counsel for the defendant has no objection to the requested continuance.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein, and that the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

Dated: February 14, 2013          BENJAMIN B. WAGNER
United States Attorney

BY:    /s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney


Dated: February 14, 2013          /s/ Marc Days
Attorney for Richard Daleman

2

BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:11-cr-00385 AWI-BAM |
| Plaintiff, | ) | ORDER CONTINUING MOTIONS HEARING |
| v. | ) | AND EXTENDING TIME FOR FILING |
| | ) | OF GOVERNMENT'S RESPONSE |
| | ) | TO DEFENDANT'S MOTIONS |
| RICHARD DALEMAN, | ) | |
| Defendant. | ) | |

The United States of America, by and through Benjamin B. Wagner, United States
Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendant, by and
through counsel, Marc Days, having stipulated and agreed to extend the government's response
date to the defendant's motions in this case to on or before February 27, 2013, and continue the
Motions hearing to March 18, 2013 at 1:30 p.m., and good cause appearing, the Court finds the
interest of justice outweighs the interests of the public and the defendant in a speedy trial,
therefore,

IT IS SO ORDERED.

Dated:   February 15, 2013                          _____
                                                      SENIOR  DISTRICT  JUDGE