BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>RICHARD DALEMAN,<br><br>           Defendant. | Case No. 1:11-cr-00385 AWI-BAM<br><br>STIPULATION TO CONTINUE MOTIONS HEARING AND TO EXTEND TIME FOR FILING OF GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTIONS |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendant, by and through counsel, Marc Days, hereby stipulate and agree to extend time for the government to respond to the defendant's motions in this case to be filed on or before March 13, 2013, and to continue the motions hearing currently scheduled for March 18, 2013 at 1:30 p.m. to April 1, 2013.

The reason for this motion is that Ms. Servatius needs more time to properly respond to the defendant's motions.   Counsel for the defendant has no objection to the requested continuance.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein, and that the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

Dated: March 6, 2013                     BENJAMIN B. WAGNER
                                         United States Attorney

                                BY:      /s/ Kathleen A. Servatius
                                         KATHLEEN A. SERVATIUS
                                         Assistant U.S. Attorney


Dated: March 6, 2013                     /s/ Marc Days
                                         Attorney for Richard Daleman

BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> ) <br> RICHARD DALEMAN, ) <br> ) <br> Defendant. ) | Case No. 1:11-cr-00385 AWI-BAM <br><br> ORDER CONTINUING MOTIONS HEARING AND EXTENDING TIME FOR FILING OF GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTIONS |

    The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendant, by and through counsel, Marc Days, having stipulated and agreed to extend the government's response date to the defendant's motions in this case to on or before March 13, 2013, and continue the Motions hearing to April 1, 2013 at 1:30 p.m., and good cause appearing, the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial, therefore,

IT IS SO ORDERED.

Dated:   March 6, 2013                              _____
                                                                                                         SENIOR  DISTRICT  JUDGE