1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-00385 AWI
12 |            Plaintiff,     | STIPULATION TO CONTINUE
   |                           | MOTIONS HEARING AND TO
13 | v.                        | EXTEND TIME FOR FILING OF
   |                           | GOVERNMENT'S RESPONSE TO
14 | RICHARD DALEMAN,          | DEFENDANT'S MOTIONS
15 |            Defendant.     |

16

17     The United States of America, by and through Benjamin B. Wagner, United States

18 Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendant, by and

19 through counsel, Marc Days, hereby stipulate and agree to extend time for the government to

20 respond to the defendant's motions in this case to be filed on or before April 3, 2013, and to continue

21 the motions hearing currently scheduled for April 1, 2013 at 1:30 p.m. to April 22, 2013.

22

23     The reason for this motion is that Ms. Servatius needs more time to properly respond to

24 the defendant's motions. Counsel for the defendant has no objection to the requested continuance.

25     The parties agree that the delay resulting from the continuance shall be excluded in the

26 ///

27 ///

28

                                    1

interests of justice, including but not limited to, the need for the period of time set forth herein, and that the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: March 22, 2013                                  BENJAMIN B. WAGNER
                                                       United States Attorney
                                                   BY: /s/ Kathleen A. Servatius
                                                       KATHLEEN A. SERVATIUS
                                                       Assistant U.S. Attorney

Dated: March 22, 2013                                  /s/ Marc Days
                                                       Attorney for Richard Daleman

BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:11-cr-00385 AWI |
| Plaintiff, | STIPULATION TO CONTINUE MOTIONS HEARING AND TO EXTEND TIME FOR FILING OF GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTIONS |
| v. | |
| RICHARD DALEMAN, | |
| Defendant. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendant, by and through Marc Days, having stipulated and agreed that the hearing on this matter be continued to April 22, 2013, and the government's response to the defendant's motions in this case be filed on or before April 3, 2013, and good cause appearing therefore,

IT IS SO ORDERED.

Dated:   March 22, 2013                    _____
                                            SENIOR  DISTRICT  JUDGE

3