1   JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
2   MARC DAYS, CA Bar #184098
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorneys for Defendant
6   RICHARD DALEMAN

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:11-CR-00385 AWI-BAM
                                       )
12                  Plaintiff,         )   STIPULATION TO CONTINUE MOTION
                                       )   HEARING; ORDER THEREON
13          v.                         )
                                       )   Date:  May 20, 2013
14  RICHARD DALEMAN,                   )   Time:  1:30 p.m.
                                       )   Judge: Hon. Anthony W. Ishii
15                  Defendant.         )
                                       )
16  _____)

17

18          **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19  respective attorneys of record herein, that the hearing on Defendant's Motion for a *Franks* Hearing and to

20  Suppress Evidence, now scheduled for April 22, 2013, **may be continued to May 20, 2013, at 1:30 p.m.**

21          The reason for the request is defense counsel needs more time to investigate and review the

22  government's response, meet with defendant, and prepare a reply.  The requested continuance will

23  conserve time and resources for both counsel and the court.

24  ///

25  ///

26  ///

27  ///

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2  justice, including but not limited to, the need for the period of time set forth herein for further defense

3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

4                                                          BENJAMIN B. WAGNER
                                                        United States Attorney
5

6  DATED: April 15, 2013                          By   /s/ Kathleen A. Servatius
                                                        KATHLEEN A. SERVATIUS
7                                                        Assistant United States Attorney
                                                        Attorney for Plaintiff
8

9                                                       JOSEPH SCHLESINGER
                                                        Acting Federal Defender
10

11  DATED: April 15, 2013                          By   /s/ Marc Days
                                                        MARC DAYS
12                                                       Assistant Federal Defender
                                                        Attorneys for Defendant
13                                                       RICHARD DALEMAN

14

15                                    **ORDER**

16  IT IS SO ORDERED.

17

Dated:     April 15, 2013
18                                          _____
                                             SENIOR  DISTRICT  JUDGE
19

20

21

22

23

24

25

26

27

Stipulation to Continue Motions
28  Hearing; [Proposed] Order Thereon                      2