1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MARC DAYS, Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  RICHARD DALEMAN

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   NO. 1:11-CR-00385 AWI-BAM
                                   )
12              Plaintiff,         )   STIPULATION TO CONTINUE MOTION
                                   )   HEARING; ORDER THEREON
13        v.                       )
                                   )   Date:  June 10, 2013
14 RICHARD DALEMAN,                )   Time:  1:30 p.m.
                                   )   Judge: Hon. Anthony W. Ishii
15              Defendant.         )
                                   )
16 _____)

17

18     **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19 respective attorneys of record herein, that the hearing on Defendant's Motion for a *Franks* Hearing and to

20 Suppress Evidence, now scheduled for May 20, 2013, **may be continued to June 10, 2013, at 1:30 p.m.**

21     The reason for the request is defense counsel needs more time to investigate and prepare a reply.

22 The requested continuance will conserve time and resources for both counsel and the court.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: May 16, 2013                        By  /s/ Kathleen A. Servatius
                                              KATHLEEN A. SERVATIUS
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

                                              HEATHER E. WILLIAMS
                                              Federal Defender

DATED: May 16, 2013                        By  /s/ Marc Days
                                              MARC DAYS
                                              Assistant Federal Defender
                                              Attorneys for Defendant
                                              RICHARD DALEMAN

                                              **ORDER**

IT IS SO ORDERED.

Dated:   May 16, 2013

                                                SENIOR DISTRICT JUDGE