HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RICHARD DALEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>RICHARD DALEMAN,<br><br>          Defendant. | NO. 1:11-CR-00385 AWI-BAM<br><br>STIPULATION TO CONTINUE MOTION HEARING; ORDER THEREON<br><br>Date:  July 8, 2013<br>Time:  1:30 p.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the hearing on Defendant's Motion for a *Franks* Hearing and to Suppress Evidence, now scheduled for June 10, 2013, **may be continued to July 8, 2013, at 1:30 p.m.**

The reason for the request is defense counsel needs more time to investigate, review records and prepare a reply.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: June 5, 2013                            By  /s/ Kathleen A. Servatius
                                                KATHLEEN A. SERVATIUS
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                HEATHER E. WILLIAMS
                                                Federal Defender

DATED: June 5, 2013                            By  /s/ Marc Days
                                                MARC DAYS
                                                Assistant Federal Defender
                                                Attorneys for Defendant
                                                RICHARD DALEMAN

**ORDER**

IT IS SO ORDERED.

Dated:   June 5, 2013

                                                SENIOR  DISTRICT  JUDGE