HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
RICHARD DALEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:11-cr-00385 AWI-BAM-1 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; |
| vs. | ) | ORDER |
| | ) | |
| RICHARD DALEMAN, | ) | Date: December 9, 2013 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Anthony W. Ishii |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now set for November 25, 2013, may be continued to December 9, 2013, at 10:00 a.m.

This continuance is requested by counsel for the defendant. Additional time is needed for defense investigation. The continuance will conserve time and resources for both counsel and the court. Assistant United States Attorney Kathleen Servatius has no objection to this request. The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial, including, but not limited to, the need for the period of time set forth

1 herein for effective defense preparation and continuing plea negotiation purposes.

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED:  November 21, 2013        By:   /s/ *Kathleen Servatius*
                                        KATHLEEN SERVATIUS
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

                                        HEATHER E. WILLIAMS
                                        Federal Defender

DATED:  November 21, 2013        By:   /s/ *Marc Days*
                                        MARC DAYS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        RICHARD DALEMAN

## ORDER

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   November 21, 2013                           _____
                                                     SENIOR  DISTRICT  JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28