HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MARC DAYS, CA Bar # 184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RICHARD DALEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:11-cr-00385 AWI |
|---|---|---|
| *Plaintiff*, | ) | STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND CORRESPONDING DATES SET FORTH IN COURT'S PRETRIAL ORDER |
| v. | ) | |
| RICHARD DALEMAN, | ) | |
| *Defendant*. | ) | **Trial**:<br>Date:   3/31/15<br>Time:  8:30 a.m.<br>Judge: Honorable Anthony W. Ishii |

   **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that the trial date in the above-referenced matter now scheduled for Tuesday December 16, 2014, **may be continued to March 31, 2015, at 8:30 a.m.**  It is further requested that dates set forth in the Court's pretrial order be moved to dates and times which correspond to the requested new jury trial date of March 31, 2015.

| **Event:** | **Current Date** | **Requested New Date** |
|---|---|---|
| MIL due | 10/27/14 | 2/9/15 |
| MIL opposition due | 11/17/14 | 3/2/15 |
| MIL reply due | 11/24/14 | 3/9/15 |
| MIL hearing and TC | 12/1/14 | 3/16/15 |

   The parties further request, consistent with the Court's pretrial order, that witness lists, trial briefs, exhibits, proposed voir dire, and matters related to use of videotapes, CDs,

1    computers, and other audio/visual equipment be served and filed by March 26, 2015.

2           The parties further request, consistent with the Court's pretrial order, that proposed jury instructions be filed and served by March 4, 2015, and that the parties meet and confer before the jury instruction hearing and trial confirmation hearing date on March 17, 2015.

       Defense counsel makes this request based on a personal scheduling conflict related to the currently set trial date.  Assistant United States Attorney, Kathleen Servatius, has no objection to this request.  The requested continuance will conserve time and resources for both counsel and the court.

       Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated:  October 14, 2014          /s/ *Kathleen Servatius*
Kathleen Servatius
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Dated:  October 14, 2014          /s/ *Marc Days*
MARC DAYS
Assistant Federal Defender
Attorneys for Defendant
RICHARD DALEMAN


**O R D E R**

The Pretrial Order is modified as to the new requested dates set forth above.

IT IS SO ORDERED.

Dated:  October 15, 2014          _____
                                  SENIOR  DISTRICT  JUDGE