1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 1:11-CR-385-AWI-BAM
12 |              Plaintiff,           | STIPULATION AND ORDER TO CONTINUE MOTIONS HEARING
13 |         v.                        |
14 | RICHARD DALEMAN,                  | Date: May 18, 2015
                                        Time: 1:30 p.m.
15 |              Defendant.           | Honorable Anthony W. Ishii
16

17     The United States of America, by and through BENJAMIN B. WAGNER, United States

18 Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant

19 Richard Daleman, by and through Marc Days, his attorney of record, hereby stipulate to continue the

20 hearing of the motions filed in this matter from May 18, 2015 to August 24, 2015 at 1:30 p.m.

21     The basis for this continuance is as follows. The government attorney assigned to this matter

22 requires additional time to prepare a response to the defendant's motions. The government's response

23 will be filed on or before May 18, 2015, and the defendant's reply shall be filed by August 10, 2015.

24 ///

25 ///

26 ///

27 ///

28 ///

Stipulation to Continue Motions Hearing and Proposed Order                     1

1  The parties request that time be excluded to and through the date of the Court's order on the
2  pending motions due to the pendency of motions, pursuant to 18 U.S.C. Section 3161.

3  Dated: May 14, 2015                          BENJAMIN B. WAGNER
                                                United States Attorney
4

5                                                /s/ Kathleen A. Servatius
                                                KATHLEEN A. SERVATIUS
6                                               Assistant United States Attorney

7

8  Dated:  May 14, 2015                         /s/ Marc Days
                                                Marc Days
9                                               Attorney for Defendant

10

11  IT IS SO ORDERED.

12  Dated:   May 14, 2015                       _____
13                                              SENIOR DISTRICT JUDGE