MARC DAYS, CA Bar #184098
Days Law Firm
2300 Tulare Street, Suite 240
Fresno, CA. 93721
Telephone: (559) 708-4844

Attorneys for Defendant
RICHARD DALEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:11-CR-00385 AWI-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE;  ORDER THEREON |
| vs. | Date:    November 9, 2015 |
| RICHARD DALEMAN, | Time:    1:00 p.m. |
| Defendant. | Judge:  Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney, Kathleen Servatius, Counsel for Plaintiff, Assistant Federal Defender, Marc Days, Counsel for Defendant, Richard Daleman, that the status conference hearing currently set for October 13, 2014, at 1:00 p.m., may be rescheduled to November 9, 2015, at 1:00 p.m.

1. By previous order, this matter was set for a status conference hearing on October 13, 2015, at 1:00pm.

2. By this stipulation, the parties move to continue the status hearing to November 9, 2015, at 1:00 p.m., and to exclude time between October 13, 2015, and November 9, 2015 under 18 U.S.C. §3161(h)(1)(E) and (h)(7)(A) and (B)(iv).

3. The parties agree and stipulate, and request that the Court find the following:

   a. The Court is unavailable on the date previously set by the parties – October 13, 2015;

    b. Additional time is needed for defense investigation and preparation, plea negotiations, and a ruling by the 9th Circuit on related issues.

    c. The parties have agreed to continue the date for the status conference to November 9, 2015;

    d. For the purposes of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq., within which trial must commence, the time period of October 13, 2015, to November 9, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(1)(E) and (h)(7)(A) and (B)(iv) because the ends of justice is served by granting the continuance and outweigh the best interests of the public and the defendant in a speedy trial, assures continuity of counsel, and gives the defense and government a reasonable time for effective preparation exercising due diligence.

 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

   IT IS SO STIPULATED.

               Respectfully submitted,

               BENJAMIN B. WAGNER
               United States Attorney

Dated: September 8, 2015     /s/ *Kathleen Servatius*
               KATHLEEN SERVATIUS
               Assistant United States Attorney
               Attorney for Plaintiff

Dated: September 8, 2015     /s/ *Marc Days*
               MARC DAYS
               Attorneys for Defendant
               RICHARD DALEMAN

**O R D E R**

**IT IS SO ORDERED.**  For the reasons set forth above, that the 11th Status Conference is continued from October 13, 2015 to November 9, 2015 at 1:00 PM before Judge McAuliffe. Time is excluded 18 U.S.C. §3161(h)(1)(E) and (h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   **September 8, 2015**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE