UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD DALEMAN,<br><br>Defendant. | Case No. 1:11-cr-00385-DAD-BAM<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO EXPEDITE HEARING ON DEFENDANT'S MOTION TO ENJOIN<br><br>(Docs. 121 and 122) |

On January 13, 2017, the defendant filed a motion to enjoin his prosecution and requesting the jury hear the motion or for an evidentiary hearing. The defendant noticed the motion to be heard on February 28, 2017 at 8:30 a.m., the date and time currently set for jury trial in this matter. The government has filed a motion requesting that the hearing date be expedited to February 6, 2017 and that it be permitted to file its opposition to the defendant's motion by January 27, 2017.

The Court has read and considered the government's request and, good cause appearing therefore,

IT IS HEREBY ORDERED that argument on defendant's motion to enjoin his prosecution shall be heard on February 6, 2017 at 10:00 a.m. The government shall file its response to the defendant's motion on or before January 27, 2017. The defendant's reply, if any,

/////

1

shall be filed on or before February 2, 2017. The parties shall be prepared to discuss at the hearing whether an evidentiary hearing is appropriate with respect to the motion and if so, in what manner that hearing will take place (submission of evidence by way of declaration, transcripts of prior testimony, live testimony, etc.) and when. The court is aware from the moving papers that defense counsel has requested that "a jury determine the issues of whether the Defendant was in compliance with state law, and if not, whether he was entrapped into violating state law by a deputy posing as a qualified patient and dispensary operator." (Doc. No. 121 at 2.) At or before the February 6, 2017 hearing on the motion, defense counsel shall provide any available authority in support of this request. *See United States v. McIntosh*, 833 F.3d 1163, 1179 (9th Cir. 2016) ("Appellants are entitled to evidentiary hearings to determine whether their conduct was completely authorized by state law, by which we mean that they strictly complied with all relevant conditions imposed by state law on the use, distribution, possession, and cultivation of medical marijuana. We leave to the district courts to determine, in the first instance and in each case, the precise remedy that would be appropriate."

IT IS SO ORDERED.

Dated: **January 20, 2017**

_____
UNITED STATES DISTRICT JUDGE