1  Marc Days, CA Bar #184098
   Days Law Firm
2  2300 Tulare Street, Suite 240
   Fresno, California 93721
3  Telephone: (559) 708-4844

4  Attorney for Defendant,
   RICHARD DALEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 11-cr-00385 DAD-BAM |
|---|---|
| Plaintiff, | NOTICE OF REQUEST AND REQUEST TO SEAL ECF Nos. 121-1 and 121-2 IN SUPPORT OF DEFENDANT'S MOTION TO ENJOIN DOJ FROM SPENDING FUNDS; ORDER |
| v. | |
| RICHARD DALEMAN, | |
| Defendant. | |

Pursuant to Local Rule 141, Defendant Richard Daleman, by and through his counsel of record, hereby provides notice of his request to, and requests, ECF Nos. 121-1 and 121-2 in support of his motion to enjoin DOJ from spending funds, in the above entitled action, be sealed as the exhibits contain confidential information.

Dated: January 31, 2017                    /s/ *Marc Days*
                                           MARC DAYS
                                           Attorney for Defendant
                                           Richard Daleman

///

///

///

///

**DEFENDANT'S REQUEST TO SEAL ECF Nos. 121-1 and 121-2**

ECF Nos 121-1 and 121-2 in support of Defendant's motion to enjoin DOJ from spending funds, in the above entitled action, contain confidential information as noted in the Court's minute order. The confidential information includes drivers licenses and addresses.

Dated: January 31, 2017                    /s/ *Marc Days*
                                           MARC DAYS
                                           Attorney for Defendant
                                           Richard Daleman

**DECLARATION OF DEFENSE COUNSEL**

I, Marc Days, declare as follows:

1. I am defense counsel for Defendant Richard Daleman.

2. The statements contained in the Defendant's notice of request, and request, to seal ECF Nos. 121-1 and 121-2 are true and correct to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: January 31, 2017                    /s/ *Marc Days*
                                           MARC DAYS

**ORDER**

Having considered the Defendant's request to seal ECF Nos. 121-1 and 121-2, in support of Defendant's motion to enjoin DOJ from spending funds, in the above entitled matter, IT IS ORDERED THAT ECF Nos. 121-1 and 121-2 be SEALED.

IT IS SO ORDERED.

Dated: **January 31, 2017**                /s/ Dale A. Drozd
                                           UNITED STATES DISTRICT JUDGE