# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cr-00385-DAD-BAM |
| Plaintiff, | |
| v. | ORDER OF RELEASE |
| RICHARD DALEMAN, | |
| Defendant. | |

The above named defendant having been sentenced on February 24, 2017 to 364 days (TIME SERVED),

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH. A judgment and commitment order will follow.

IT IS SO ORDERED.

Dated: **February 24, 2017**

_____
UNITED STATES DISTRICT JUDGE

1